UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
~~(San José Division)~~

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS, BRIAN OLIVERI and DOES 1-50, inclusive,<br><br>　　　　Defendants. | No.　18-CV-07239 ~~NC~~ SI<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY PENDING RESOLUTION OF RELATED CRIMINAL PROCEEDINGS** |

　　　　The parties to the above-entitled action jointly submit this STIPULATION TO STAY PENDING RESOLUTION OF RELATED CRIMINAL PROCEEDINGS for the Court's consideration and Order:

　　　　**1.　　Procedural Background and Related Criminal Proceeding**

　　　　Plaintiff Susan Bassi brings this action against Defendants County of Santa Clara, David Gomez, Jack Solorio, Lizandro Carrasco, Pyher Vaquerano, John Sablan, Joseph La Jeunesse, Michael Jacobs and Bryan Oliveri (erroneously sued herein as Brian Oliveri) (collectively, "Defendants") arising out of a November 14, 2017, incident that occurred at the Family Justice

1

Center in Santa Clara County.  Plaintiff alleges eight claims against Defendants, including multiple claims of civil rights violations under 42 U.S.C. § 1983 (excessive use of force, unreasonable search and seizure, violation of free speech, and *Monell* liability) and state law claims (violation of Civil Code section 52.1, intentional infliction of emotional distress, and battery).

The Santa Clara County Office of the District Attorney has filed a criminal complaint against Plaintiff in the matter of *The People of the State of California v. Susan Hazlett Bassi*, Docket No. C1777801.  There are two counts against Plaintiff arising out of the November 14, 2017 incident: (1) violation of Penal Code section 166(a)(4) for willfully disobeying the terms of a court order prohibiting the use of recording devices; and (2) violation of Penal Code section 148(a)(1) for willfully resisting, delaying, and obstructing a peace officer in the discharge of his duties.  The criminal case is still currently pending and no trial date has been set.

**2.    Stipulation to Stay Pending Resolution of Related Criminal Case**

The parties hereby stipulate and request that the Court enter an Order staying this action pending resolution of the criminal case.  The allegations in the instant action and the criminal case arise from the same series of events and involve some overlapping issues of fact, and the civil claims here are related to rulings that will likely be made in the anticipated criminal trial.  The parties stipulate a stay is in the interests of justice and warranted to prevent a collateral attack on the potential criminal conviction.

**3.    Deadline for Responsive Pleading**

The parties further stipulate that Defendants will not be required to file a responsive pleading at this time.  Once the criminal proceedings have resolved, the parties shall submit a request to this Court to vacate the stay.  Defendants shall then have 21 days from this Court's order vacating the stay to file a responsive pleading.  Defendants shall also file a consent or declination to proceed before a magistrate judge within 14 days of appearing in the case.

**4.    Case Schedule and Joint Status Report**

The parties request that the case management conference set for February 27, 2019, and the case schedule as to all other deadlines be vacated.  The parties shall file a joint status report by

1  March 21, 2019, advising the Court of the status of the criminal proceedings and whether the
2  action should continue to be stayed.
3        **IT IS SO STIPULATED.**

5  DATED:  December 21, 2018          */s/ Dmitry Stadlin*
                                                     DMITRY STADLIN
                                                     Attorney for Plaintiff
                                                     SUSAN HAZLETT BASSI

9  DATED:  December 21, 2018          OFFICE OF THE COUNTY COUNSEL,
                                                     COUNTY OF SANTA CLARA

                                                   */s/ Kim H. Hara*
                                                   KIM H. HARA
                                                   Attorneys Specially Appearing for Defendants
                                                   COUNTY OF SANTA CLARA, DAVID
                                                   GOMEZ, JACK SOLORIO, LIZANDRO
                                                   CARRASCO, PYHER VAQUERANO, JOHN
                                                   SABLAN, JOSEPH LA JEUNESSE,
                                                   MICHAEL JACOBS and BRYAN OLIVERI

17       I, KIM H. HARA, hereby certify that the content of this Stipulation to Stay Pending
18  Resolution of Related Criminal Proceedings is acceptable to all parties required to sign this
19  Stipulation.  Counsel for Plaintiff authorized me to affix his CM/ECF electronic signature to this
20  Stipulation.

22  DATED:  December 21, 2018          OFFICE OF THE COUNTY COUNSEL,
                                                     COUNTY OF SANTA CLARA

                                                   */s/ Kim H. Hara*
                                                   KIM H. HARA
                                                   Attorneys Specially Appearing for Defendant
                                                   COUNTY OF SANTA CLARA, DAVID
                                                   GOMEZ, JACK SOLORIO, LIZANDRO
                                                   CARRASCO, PYHER VAQUERANO, JOHN
                                                   SABLAN, JOSEPH LA JEUNESSE,
                                                   MICHAEL JACOBS and BRYAN OLIVERI

# ORDER

The above Stipulation to Stay Pending Resolution of Related Criminal Proceedings is approved and all parties shall comply with its provisions. This action shall be stayed pending resolution of the related criminal proceedings. The case management conference set for February 27, 2019 is VACATED. The case schedule is VACATED as to all other deadlines. The parties shall submit a joint status report to the Court by March 21, 2019 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

**IT IS SO ORDERED.**

DATED: 1/2/19

~~NATHANAEL M. COUSINS~~ Susan Illston
United States ~~Magistrate~~ Judge

1912765