DMITRY STADLIN
Attorney at Law, SBN 302361
111 N. Market St. Ste. 300
San Jose, CA 95113
T: (408) 645-7801
F: (408) 645-7802
E: ds@stadlinlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>                    Plaintiff,<br><br>     vs.<br><br>COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS, BRIAN OLIVERI and DOES 1-50, inclusive,<br><br>                    Defendants. | Case No: 18-CV-07239-SI<br><br>NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**,

**PLEASE TAKE NOTICE THAT** the Attorney of Record for Plaintiff, Dmitry Stadlin, will move and does hereby move the Court for an order granting

1

this Motion to Withdraw as Counsel.

This motion is based on the declaration of Dmitry Stadlin, filed herewith and such other law, facts, and argument as presented at time of hearing, if a hearing is necessary. Dmitry Stadlin does hereby respectfully request this court issue an order permitting the withdrawal from representing Plaintiff – Susan Bassi, in the above-entitled matter, effective immediately.

**MEMORANDUM OF POINTS AND AUTHORITIES**

An attorney may only withdraw as counsel with leave of court. Civil Local Rule 11-5; see also Darby v. City of Torrance, 810 F. Supp. 275, 276 (C.D. Cal. 1992). Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case.. L.R. 11-5.

"The decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." Irwin v. Mascott, 2004 U.S. Dist. LEXIS 28264, at 3-4 (N.D. Cal. December 1, 2004) (citing Washington v. Sherwin Real Estate, Inc., 694 F.2d 1081, 1087 (7th Cir. 1982)). Courts ruling upon motions to withdraw as counsel have considered, among other things, the following factors: "(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of

2

Motion to Withdraw
Bassi v. County of Santa Clara, et al.
U.S. District Court – Northern District of California
Case No. 18-CV-07239-SI

justice; and (4) the degree to which withdrawal will delay the resolution of the case." Irwin, 2004 U.S. Dist. LEXIS 28264, at 4.

Counsel has complied with local rules regarding this motion to withdraw, as well as with the standards of professional conduct required of members of the State Bar of California."

California Rules of Professional Conduct, Rule 1.16:

> (b) Except as stated in paragraph (c), a lawyer may withdraw from representing a client if:
>
> > (4): The client by other conduct renders it unreasonably difficult for the lawyer to carry out the representation effectively;
>
> (c) If permission for termination of a representation is required by the rules of a tribunal, a lawyer shall not terminate a representation before that tribunal without its permission.

Rules Prof. Conduct, Rule 1.16.

Plaintiffs' Attorney of Record has complied with the procedural requirements necessary to withdraw as counsel of record. He advised Ms. Bassi in person on February 13, 2019, of his intent to ask the Court to withdraw as the attorney of record by filing the instant motion. Dmitry Stadlin suggested that Ms.

3

Motion to Withdraw
Bassi v. County of Santa Clara, et al.
U.S. District Court – Northern District of California
Case No. 18-CV-07239-SI

Bassi consult with other attorneys.  (Stadlin Declaration; Proof of Service.)

As explained in the Declaration of Dmitry Stadlin, this Motion is necessary, in that Ms. Bassi and I have reached extremely irreconcilable differences over how to proceed in this matter. As of the writing of this motion, Dmitry Stadlin also represents Ms. Bassi in her pending criminal case in Santa Clara County in Case No. C1777801 and has asked that Court to withdraw as the attorney of record as well.

For the foregoing reasons, the Court should grant the instant Motion and relieve the Dmitry Stadlin as counsel of record in this case.  The Court should thereafter give Plaintiff sixty days to find substitute counsel.

There is no compelling reason to require the undersigned to continue to represent Plaintiffs.  This case is currently stayed pending resolution of the criminal case mentioned above. The defendants have made appearances but have not filed an Answer yet. This is not a situation where the Plaintiff would be prejudiced by this withdrawal.

I therefore respectfully request that this court grant the request of Plaintiffs' counsel to withdraw from representation of the Plaintiff and any further responsibility for representation of Plaintiffs.

In the event the Court grants this request, all further correspondence,

4

Motion to Withdraw
Bassi v. County of Santa Clara, et al.
U.S. District Court – Northern District of California
Case No. 18-CV-07239-SI

communications and pleadings should be sent directly Susan Bassi, P.O. Box 2220, Los Gatos, CA 95031, (831) 320-6421 or by email at gilroybassi@gmail.com

                                      Respectfully submitted,

Dated: February 13, 2019        By: _/s/ Dmitry Stadlin_____
                                              Dmitry Stadlin

5

Motion to Withdraw
Bassi v. County of Santa Clara, et al.
U.S. District Court – Northern District of California
Case No. 18-CV-07239-SI