DMITRY STADLIN
Attorney at Law, SBN 302361
111 N. Market St. Ste. 300
San Jose, CA 95113
T: (408) 645-7801
F: (408) 645-7802
E: ds@stadlinlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUSAN HAZLETT BASSI, | Case No: 18-CV-07239-SI |
|---|---|
| Plaintiff, | |
| vs. | DECLARATION OF DMITRY STADLIN IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
| COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS, BRIAN OLIVERI and DOES 1-50, inclusive, | |
| Defendants. | |

I, DMITRY STADLIN, declare as follows:

1. I am an attorney licensed and/or admitted to practice before all the Courts of the State of California, the U.S. District Court for the Northern District

1

Declaration of Dmitry Stadlin in Support of Motion to Withdraw
Bassi v. County of Santa Clara, et al.
U.S. District Court – Northern District of California
Case No. 18-CV-07239-SI

of California, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court.

2. I am the attorney of record for the Plaintiff, Susan Bassi, in this matter.

3. As of this writing, I also currently represent Ms. Bassi in her criminal case in Santa Clara County in Case No. C1777801. I am in the process of filing a motion to withdraw as attorney of record in that case as well.

4. This case is currently stayed pending the outcome of the criminal case, by stipulation of both parties and Court Order in ECF 17 – as the allegations in the instant case and in the criminal case arise from the same series of events and involve some overlapping issues of fact.

5. I am asking the Court for permission to withdraw because I am unable to continue to effectively represent Ms. Bassi, specifically it is "unreasonably difficult for the lawyer to carry out the representation effectively" as a result of other conduct of Ms. Bassi. (See California Rules of Professional Conduct, Rule 1.16, section (b)(4).)

6. I cannot breach attorney-client privilege to let the Court know exactly what has caused the irreconcilable conflict such that effective representation is not possible.

7. Ms. Bassi's case will not be unduly delayed and she will suffer no

2
Declaration of Dmitry Stadlin in Support of Motion to Withdraw
Bassi v. County of Santa Clara, et al.
U.S. District Court – Northern District of California
Case No. 18-CV-07239-SI

prejudice as it is currently stayed, no answer has been filed by the defendants and there is no trial date set.

8. I have personally served Ms. Bassi with a copy of this motion and declaration on February 13, 2019, and have served it on the Court and Opposing Counsel through ECF.

9. I respectfully request this Court allow me to withdraw.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed in San Jose, California.

Dated: February 13, 2019            By: _____
                                         Dmitry Stadlin

3

Declaration of Dmitry Stadlin in Support of Motion to Withdraw
Bassi v. County of Santa Clara, et al.
U.S. District Court – Northern District of California
Case No. 18-CV-07239-SI