UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendants. | No. 18-CV-07239 SI<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT AND [PROPOSED] ORDER pursuant to the Court's Order to Stay Pending Resolution of Related Criminal Proceedings (Dkt. No. 17).

### 1.     Status of Criminal Proceedings

This action is currently stayed pending resolution of Plaintiff Susan Bassi's related criminal proceeding. (Dkt. No. 17.) Plaintiff's criminal proceedings are still ongoing, with the formerly set trial date vacated. Presently pending in the criminal proceedings is a motion to withdraw by Ms. Bassi's criminal defense attorney – Dmitry Stadlin, who is also the attorney of record in the instant case. The hearing on Mr. Stadlin's Motion to Withdraw in the criminal case is currently set for April 2, 2019. There are no other pending hearings or dates in the criminal case, and no trial date has been set.

///

**2.      Defendants' Request for Continuance of Stay**

Defendants County of Santa Clara, David Gomez, Jack Solorio, Lizandro Carrasco, Pyher Vaquerano, John Sablan, Joseph La Jeunesse, Michael Jacobs and Bryan Oliveri (collectively, "Defendants") propose that the Court continue the stay of this action and order the parties to submit a further joint status report in approximately six months, or by September 20, 2019.  Defendants' proposal is made based on the status of the pending criminal proceedings, in addition to Plaintiff's counsel's pending motion to withdraw from this action, set for hearing on March 22, 2019.

Plaintiff's counsel asks the Court to delay ruling on Defendants' request for a continuance of the stay until March 22, 2019, when Ms. Bassi's successor counsel (or Ms. Bassi herself) can address the Court on this issue.

Dated: March 19, 2019
/s/ Dmitry Stadlin
DMITRY STADLIN
Attorneys for Plaintiff
SUSAN HAZLETT BASSI

Dated: March 19, 2019
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

/s/ Kim H. Hara
KIM H. HARA
Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

I, KIM H. HARA, hereby certify that the content of this Joint Status Report and [Proposed] Order is acceptable to all parties required to sign this Joint Status Report.  Counsel for Plaintiff authorized me to affix his CM/ECF electronic signature to this Joint Status Report.

Dated: March 19, 2019
OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

/s/ Kim H. Hara
KIM H. HARA
Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

**ORDER**

The Court, having reviewed and considered the above Joint Status Report, orders that this action shall continue to be stayed pending resolution of Plaintiff's related criminal proceedings. The parties shall submit a joint status report to the Court by September 20, 2019 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

**IT IS SO ORDERED.**

Dated: _____

SUSAN ILLSTON
United States District Judge

1967866