UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br>Plaintiff,<br>v.<br>COUNTY OF SANTA CLARA, *et al.*,<br>Defendants. | Case No. 18-cv-07239-SI<br><br>**ORDER GRANTING MOTION TO WITHDRAW AND SETTING STATUS HEARING FOR NOVEMBER 22, 2019 AT 10 AM**<br><br>Re: Dkt. No. 18 |

On May 24, 2019, the Court held a hearing on Mr. Stadlin's motion to withdraw. For the reasons discussed at the hearing, the Court GRANTS the motion. The Court schedules a status hearing in this case for November 22, 2019 at 10 a.m. The parties shall file a status statement no later than November 15, 2019.

Plaintiff stated that she will seek to find new counsel to represent her in this matter. The Court also refers plaintiff to the Northern District of California's online information for *pro se* litigants, which also includes information about locating attorneys. *See* https://cand.uscourts.gov/pro-se.

**IT IS SO ORDERED**.

Dated: May 24, 2019

SUSAN ILLSTON
United States District Judge