JAMES R. WILLIAMS, County Counsel (S.B. #271253)
KIM H. HARA, Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>  Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>  Defendants. | No. 18-CV-07239 SI<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT AND [PROPOSED] ORDER pursuant to the Court's Order Granting Motion to Withdraw and Setting Status Hearing. (Dkt. No. 29.)

**1.      Status of Criminal Proceedings**

This action is currently stayed pending resolution of Plaintiff Susan Bassi's related criminal proceedings. (Dkt. No. 17.) Plaintiff's criminal proceedings are still ongoing, with the formerly set trial date vacated. Presently pending in the criminal proceedings is Plaintiff's motion to recuse the District Attorney's Office, which is set for hearing on November 15, 2019. Plaintiff is informed and believes that the motion will not proceed on said date and will be continued to a later date. There are no other pending hearings or dates in the criminal case, and no trial date has been set.

///

## 2. Joint Request for Continuance of Stay

The parties jointly request that the Court continue the stay of this action pending Plaintiff's criminal proceedings. The parties propose that the Court set a further status hearing in approximately six months for May 22, 2020 at 10 a.m. and order the parties to submit a further joint status report by no later than May 15, 2020 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

Dated: November 15, 2019

*/s/ Susan Hazlett Bassi*
Pro Se Plaintiff

Dated: November 15, 2019

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

*/s/ Kim H. Hara*
KIM H. HARA
Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

I, KIM H. HARA, hereby certify that the content of this Joint Status Report and [Proposed] Order is acceptable to all parties required to sign this Joint Status Report. Plaintiff authorized me to affix her electronic signature to this Joint Status Report.

Dated: November 15, 2019

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

*/s/ Kim H. Hara*
KIM H. HARA
Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

**ORDER**

The Court, having reviewed and considered the above Joint Status Report, orders that this action shall continue to be stayed pending resolution of Plaintiff's related criminal proceedings. The Court schedules a status hearing in this case for May 22, 2020 at 10 a.m. The parties shall submit a joint status report to the Court no later than May 15, 2020 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

**IT IS SO ORDERED.**

Dated: _____

SUSAN ILLSTON
United States District Judge

2114446

```
 1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
    KIM H. HARA, Deputy County Counsel (S.B. #258763)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding Street, East Wing, Ninth Floor
 3  San José, California 95110-1770
    Telephone: (408) 299-5900
 4  Facsimile: (408) 292-7240

 5  Attorneys for Defendants
    COUNTY OF SANTA CLARA, DAVID
 6  GOMEZ, JACK SOLORIO, LIZANDRO
    CARRASCO, PYHER VAQUERANO, JOHN
 7  SABLAN, JOSEPH LA JEUNESSE, MICHAEL
    JACOBS and BRYAN OLIVERI
 8
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI | 18-CV-07239 SI |
| Plaintiff, | **PROOF OF SERVICE BY MAIL** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

I, Lilah Joy Yap, declare:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding Street, 9th Floor, San José, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On November 15, 2019, I served copies of the

**JOINT STATUS REPORT AND [PROPOSED] ORDER**

by placing said copies in an envelope addressed as follows to:

Susan Hazlett Bassi
P.O. Box 2220
Los Gatos, California 95031

1  Which envelope was then sealed, with postage fully prepaid thereon and placed for collection and
2  mailing at my place of business following ordinary business practices. Said correspondence will be
3  deposited with the United States Postal Service at San José, California, on the above-referenced date
4  in the ordinary course of business; there is delivery service by United States mail at the place so
5  addressed.

6      I declare under penalty of perjury under the laws of the State of California that the foregoing
7  is true and correct, and that this declaration was executed on November 15, 2019.

By: *[signature]*
LILAH JOY YAP

2116312