JAMES R. WILLIAMS, County Counsel (S.B. #271253)
KIM H. HARA, Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | No. 18-CV-07239 SI<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT AND [PROPOSED] ORDER pursuant to the Court's Order scheduling a status hearing for May 22, 2020. (Dkt. No. 32.)

**1.  Status of Criminal Proceedings**

This action is currently stayed pending resolution of Plaintiff Susan Bassi's related criminal proceedings. (Dkt. No. 17.) Plaintiff's criminal proceedings are still ongoing with a motion hearing set on June 12, 2020. There are no other pending hearings or dates in the criminal case, and no trial date has been set.

**2.  Joint Request for Continuance of Stay**

The parties jointly request that the Court continue the stay of this action pending Plaintiff's criminal proceedings. The parties propose that the Court set a further status hearing in

1

approximately six months for November 20, 2020 at 3:00 p.m. and order the parties to submit a further joint status report by no later than November 13, 2020 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

Dated: May 7, 2020                              */s/ Susan Hazlett Bassi*
                                                Pro Se Plaintiff

Dated: May 7, 2020                              OFFICE OF THE COUNTY COUNSEL,
                                                COUNTY OF SANTA CLARA

                                                */s/ Kim H. Hara*
                                                KIM H. HARA
                                                Attorneys for Defendants
                                                COUNTY OF SANTA CLARA, DAVID
                                                GOMEZ, JACK SOLORIO, LIZANDRO
                                                CARRASCO, PYHER VAQUERANO, JOHN
                                                SABLAN, JOSEPH LA JEUNESSE,
                                                MICHAEL JACOBS and BRYAN OLIVERI

I, KIM H. HARA, hereby certify that the content of this Joint Status Report and [Proposed] Order is acceptable to all parties required to sign this Joint Status Report. Plaintiff authorized me to affix her electronic signature to this Joint Status Report.

Dated: May 7, 2020                              OFFICE OF THE COUNTY COUNSEL,
                                                COUNTY OF SANTA CLARA

                                                */s/ Kim H. Hara*
                                                KIM H. HARA
                                                Attorneys for Defendants
                                                COUNTY OF SANTA CLARA, DAVID
                                                GOMEZ, JACK SOLORIO, LIZANDRO
                                                CARRASCO, PYHER VAQUERANO, JOHN
                                                SABLAN, JOSEPH LA JEUNESSE,
                                                MICHAEL JACOBS and BRYAN OLIVERI

///
///
///
///

# **ORDER**

The Court, having reviewed and considered the above Joint Status Report, orders that this action shall continue to be stayed pending resolution of Plaintiff's related criminal proceedings. The Court schedules a status hearing in this case for November 20, 2020 at 3:00 p.m. The parties shall submit a joint status report to the Court no later than November 13, 2020 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

**IT IS SO ORDERED.**

Dated: _____

SUSAN ILLSTON
United States District Judge

2210147

```
JAMES R. WILLIAMS, County Counsel (S.B. #271253)
KIM H. Hara, Deputy Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID
GOMEZ, JACK SOLORIO, LIZANDRO
CARRASCO, PYHER VAQUERANO, JOHN
SABLAN, JOSEPH LA JEUNESSE, MICHAEL
JACOBS and BRYAN OLIVERI
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | 18-CV-07239 SI<br><br>**PROOF OF SERVICE BY MAIL** |

I, Rita Xenos, declare:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding Street, 9th Floor, San José, California 95110-1770.  I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  On May 7, 2020, I served copies of the

**JOINT STATUS REPORT AND [PROPOSED] ORDER**

by placing said copies in an envelope addressed as follows to:

Susan Hazlett Bassi
P.O. Box 2220
Los Gatos, California 95031

///

///

1 | Which envelope(s) were then sealed, with postage fully prepaid thereon and placed for collection
2 | and mailing at my place of business following ordinary business practices.  Said correspondence will
3 | be deposited with the United States Postal Service at San Jose, California, on the above-referenced
4 | date in the ordinary course of business; there is delivery service by United States mail at the place(s)
5 | so addressed.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on May 7, 2020.

By: _____
        RITA XENOS
        Confidential Secretary

2210198