JAMES R. WILLIAMS, County Counsel (S.B. #271253)
KIM H. HARA, Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ,
JACK SOLORIO, LIZANDRO CARRASCO,
PYHER VAQUERANO, JOHN SABLAN,
JOSEPH LA JEUNESSE, MICHAEL JACOBS and
BRYAN OLIVERI

UNITED STATES DISTRICT COURT
OF THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No. 18-CV-07239 SI<br><br>**SUGGESTION OF DEATH UPON THE RECORD** |

    Defendants County of Santa Clara, David Gomez, Lizandro Carrasco, Pyher Vaquerano, John Sablan, Joseph LaJeunesse, Michael Jacobs, and Bryan Oliveri, by and through their counsel of record, hereby give notice and suggest upon the record, in accordance with Rule 25 of the Federal Rules of Civil Procedure, the death of defendant Jack Solorio during the pendency of this action. Jack Solorio passed away on August 27, 2020. A true and correct copy of his Certificate of Death is attached as Exhibit A. Defendants request that the name of the deceased party be stricken from the action and that the action proceed against the remaining defendants.

Dated: October 8, 2020

Respectfully submitted,

JAMES R. WILLIAMS
COUNTY COUNSEL

By:   /s/ Kim H. Hara
KIM H. HARA
Deputy County Counsel

Attorneys for Defendants

2286661

1