JAMES R. WILLIAMS, County Counsel (S.B. #271253)
KIM H. HARA, Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID
GOMEZ, JACK SOLORIO, LIZANDRO
CARRASCO, PYHER VAQUERANO, JOHN
SABLAN, JOSEPH LA JEUNESSE, MICHAEL
JACOBS, and BRYAN OLIVERI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI, | No. 18-CV-07239 SI |
| Plaintiff, | **JOINT STATUS REPORT AND [PROPOSED] ORDER** |
| v. | |
| COUNTY OF SANTA CLARA, et al., | |
| Defendants. | |

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT AND [PROPOSED] ORDER pursuant to the Court's Order scheduling a status hearing for November 20, 2020.  (Dkt. No. 32.)

**1.**     **Status Update**

Since the last status conference, one of the named parties in this action has passed away. Defendant Jack Solorio died on August 27, 2020.  On October 8, 2020, Defendants filed a Suggestion of Death Upon the Record.  (Dkt. No. 36.)  Defendants requested that the name of the deceased party be stricken from the action and that the action proceed against the remaining defendants.

On October 19, 2020, Plaintiff offered a settlement proposal to Defendant County of Santa Clara in exchange for the dismissal of Defendant Jack Solorio.  The parties have not reached a

1   settlement or any other resolution to this action.

2   **2.      Status of Criminal Proceedings**

3   This action is currently stayed pending resolution of Plaintiff's related criminal proceedings.

4   (Dkt. No. 17.)  Plaintiff's criminal proceedings are still ongoing with a motion hearing set on

5   November 17, 2020.  There are no other pending hearings or dates in the criminal case, and no trial

6   date has been set.  Plaintiff states there is an extensive amount of discovery in the criminal case,

7   multiple witnesses who will testify, and a trial estimate of three to four months.  Plaintiff believes

8   the criminal trial is unlikely to be set until 2021 based on limited court availability.

9   **3.      Joint Request for Continuance of Stay**

10  The parties jointly request that the Court continue the stay of this action pending Plaintiff's

11  criminal proceedings.  The parties propose that the Court set a further status hearing in

12  approximately six months for May 21, 2021 at 3:00 p.m. and order the parties to submit a further

13  joint status report by no later than May 14, 2021 advising the Court of the status of the criminal

14  proceedings and whether the action should continue to be stayed.

15

16  Dated: November 6, 2020                    */s/ Susan Hazlett Bassi*
                                             Pro Se Plaintiff

17

18  Dated: November 6, 2020                    OFFICE OF THE COUNTY COUNSEL,
                                             COUNTY OF SANTA CLARA

19

20                                           */s/ Kim H. Hara*
                                             KIM H. HARA

21                                           Attorneys for Defendants
                                             COUNTY OF SANTA CLARA, DAVID

22                                           GOMEZ, JACK SOLORIO, LIZANDRO
                                             CARRASCO, PYHER VAQUERANO, JOHN

23                                           SABLAN, JOSEPH LA JEUNESSE,
                                             MICHAEL JACOBS and BRYAN OLIVERI

24

25  ///

26  ///

27  ///

28  ///

1    I, KIM H. HARA, hereby certify that the content of this Joint Status Report and [Proposed]

2  Order is acceptable to all parties required to sign this Joint Status Report.  Plaintiff authorized me to

3  affix her electronic signature to this Joint Status Report.

4

5  Dated: November 6, 2020                          OFFICE OF THE COUNTY COUNSEL,
                                                    COUNTY OF SANTA CLARA
6

7                                                   /s/ Kim H. Hara
                                                    KIM H. HARA
8                                                   Attorneys for Defendants
                                                    COUNTY OF SANTA CLARA, DAVID
9                                                   GOMEZ, JACK SOLORIO, LIZANDRO
                                                    CARRASCO, PYHER VAQUERANO, JOHN
10                                                  SABLAN, JOSEPH LA JEUNESSE,
                                                    MICHAEL JACOBS, and BRYAN OLIVERI
11

12                                   **ORDER**

13   The Court, having reviewed and considered the above Joint Status Report, orders that this action

14  shall continue to be stayed pending resolution of Plaintiff's related criminal proceedings.  The Court

15  schedules a status hearing in this case for May 21, 2021 at 3:00 p.m.  The parties shall submit a joint

16  status report to the Court no later than May 14, 2021 advising the Court of the status of the criminal

17  proceedings and whether the action should continue to be stayed.

18   **IT IS SO ORDERED.**

19

20  Dated: _____          _____

21                                          SUSAN ILLSTON
                                            United States District Judge
22

23

24

25

26

27

28  2302841

Joint Status Report and [Proposed] Order                                    18-CV-07239 SI