1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   KIM H. HARA, Deputy County Counsel (S.B. #258763)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San José, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, DAVID
6  GOMEZ, JACK SOLORIO, LIZANDRO
   CARRASCO, PYHER VAQUERANO, JOHN
7  SABLAN, JOSEPH LA JEUNESSE, MICHAEL
   JACOBS, and BRYAN OLIVERI

8

9                    UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      (San Francisco Division)

11

12  SUSAN HAZLETT BASSI,                    No. 18-CV-07239 SI

13              Plaintiff,                  **JOINT STATUS REPORT AND
                                            [PROPOSED] ORDER**
14  v.

15  COUNTY OF SANTA CLARA, et al.,

16              Defendants.

17

18        The parties to the above-entitled action jointly submit this JOINT STATUS REPORT AND

19  [PROPOSED] ORDER pursuant to the Court's Order scheduling a status hearing for May 21, 2021.

20  (Dkt. No. 39.)

21        **1.      Status of Criminal Proceedings**

22        This action is currently stayed pending resolution of Plaintiff's related criminal proceedings.

23  (Dkt. No. 17.)  Plaintiff's criminal case is set for trial on August 16, 2021.  Plaintiff believes there is

24  an extensive amount of discovery in the criminal case, multiple witnesses who will testify, and a trial

25  estimate of three to four months.

26        **3.      Joint Request for Continuance of Stay**

27        The parties jointly request that the Court continue the stay of this action pending Plaintiff's

28  criminal proceedings.  The parties propose that the Court set a further status hearing in

Joint Status Report and [Proposed] Order                              18-CV-07239 SI

1   approximately six months for November 19, 2021 at 3:00 p.m. and order the parties to submit a

2   further joint status report by no later than November 12, 2021 advising the Court of the status of the

3   criminal proceedings and whether the action should continue to be stayed.

4

5   Dated:  May 11, 2021                               */s/ Susan Hazlett Bassi*
                                                  Pro Se Plaintiff

6

7   Dated:  May 11, 2021                               OFFICE OF THE COUNTY COUNSEL,
                                                    COUNTY OF SANTA CLARA

8

9                                          */s/ Kim H. Hara*

10                                         KIM H. HARA
                                          Attorneys for Defendants

11                                         COUNTY OF SANTA CLARA, DAVID
                                         GOMEZ, JACK SOLORIO, LIZANDRO

12                                         CARRASCO, PYHER VAQUERANO, JOHN
                                         SABLAN, JOSEPH LA JEUNESSE,

13                                         MICHAEL JACOBS and BRYAN OLIVERI

14

15

16       I, KIM H. HARA, hereby certify that the content of this Joint Status Report and [Proposed]

17   Order is acceptable to all parties required to sign this Joint Status Report.  Plaintiff authorized me to

18   affix her electronic signature to this Joint Status Report.

19

20   Dated:   May 11, 2021                              OFFICE OF THE COUNTY COUNSEL,
                                                      COUNTY OF SANTA CLARA

21

22                                          */s/ Kim H. Hara*
                                         KIM H. HARA

23                                         Attorneys for Defendants
                                         COUNTY OF SANTA CLARA, DAVID

24                                          GOMEZ, JACK SOLORIO, LIZANDRO
                                         CARRASCO, PYHER VAQUERANO, JOHN

25                                          SABLAN, JOSEPH LA JEUNESSE,
                                         MICHAEL JACOBS, and BRYAN OLIVERI

26

27

28

Joint Status Report and [Proposed] Order                                           18-CV-07239 SI

1

## <u>ORDER</u>

2        The Court, having reviewed and considered the above Joint Status Report, orders that this action

3  shall continue to be stayed pending resolution of Plaintiff's related criminal proceedings.  The Court

4  schedules a status hearing in this case for November 19, 2021 at 3:00 p.m.  The parties shall submit a

5  joint status report to the Court no later than November 12, 2021 advising the Court of the status of the

6  criminal proceedings and whether the action should continue to be stayed.

7        **IT IS SO ORDERED.**

8

9  Dated: _____

                     _____

10                         SUSAN ILLSTON
                         United States District Judge

11

12

13

14

15

16

17  2405497

18

19

20

21

22

23

24

25

26

27

28