JAMES R. WILLIAMS, County Counsel (S.B. #271253)
KIM H. HARA, Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS, and BRYAN OLIVERI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | No. 18-CV-07239 SI<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER** |

The parties to the above-entitled action jointly submit this JOINT STATUS REPORT AND [PROPOSED] ORDER pursuant to the Court's Order scheduling a status hearing for November 19, 2021. (Dkt. No. 43.)

**1.       Status of Criminal Proceedings**

This action is currently stayed pending resolution of Plaintiff's related criminal proceedings. (Dkt. No. 17.) Plaintiff's criminal case is set for trial on December 6, 2021. Plaintiff believes there is an extensive amount of discovery in the criminal case, multiple witnesses who will testify, and a trial estimate of three to four months.

**3.       Joint Request for Continuance of Stay**

The parties jointly request that the Court continue the stay of this action pending Plaintiff's criminal proceedings. The parties propose that the Court set a further status hearing in

1  approximately six months for May 20, 2022 at 3:00 p.m. and order the parties to submit a further
2  joint status report by no later than May 13, 2022 advising the Court of the status of the criminal
3  proceedings and whether the action should continue to be stayed.

5  Dated:  November 5, 2021          */s/ Susan Hazlett Bassi*
                                     Pro Se Plaintiff

7  Dated:  November 5, 2021          OFFICE OF THE COUNTY COUNSEL,
                                     COUNTY OF SANTA CLARA

9                                    */s/ Kim H. Hara*
                                     KIM H. HARA
                                     Attorneys for Defendants
                                     COUNTY OF SANTA CLARA, DAVID
                                     GOMEZ, JACK SOLORIO, LIZANDRO
                                     CARRASCO, PYHER VAQUERANO, JOHN
                                     SABLAN, JOSEPH LA JEUNESSE,
                                     MICHAEL JACOBS and BRYAN OLIVERI

16     I, KIM H. HARA, hereby certify that the content of this Joint Status Report and [Proposed]
17  Order is acceptable to all parties required to sign this Joint Status Report.  Plaintiff authorized me to
18  affix her electronic signature to this Joint Status Report.

19  Dated:  November 5, 2021          OFFICE OF THE COUNTY COUNSEL,
                                      COUNTY OF SANTA CLARA

21                                    */s/ Kim H. Hara*
                                      KIM H. HARA
                                      Attorneys for Defendants
                                      COUNTY OF SANTA CLARA, DAVID
                                      GOMEZ, JACK SOLORIO, LIZANDRO
                                      CARRASCO, PYHER VAQUERANO, JOHN
                                      SABLAN, JOSEPH LA JEUNESSE,
                                      MICHAEL JACOBS, and BRYAN OLIVERI

**ORDER**

The Court, having reviewed and considered the above Joint Status Report, orders that this action shall continue to be stayed pending resolution of Plaintiff's related criminal proceedings. The Court schedules a status hearing in this case for May 20, 2022 at 3:00 p.m. The parties shall submit a joint status report to the Court no later than May 13, 2022 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

**IT IS SO ORDERED.**

Dated: _____

SUSAN ILLSTON
United States District Judge

2516917

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

<u>PROOF OF SERVICE BY MAIL</u>

*Bassi v. County of Santa Clara, et al.*                  18-CV-07239 SI

I, Camie Bowling, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding Street, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served a copy of the **JOINT STATUS REPORT AND PROPOSED ORDER** by placing said copy in an envelope addressed to:

Susan Hazlett Bassi
P.O. Box 2220
Los Gatos, California  95031

which envelope was then sealed, with postage fully prepaid thereon, on **November 5, 2021**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San Jose, California, on the above-referenced date in the ordinary course of business; there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on **November 5, 2021**, at San Jose, California.

                                                                 */s/ Camie Bowling*
                                                                 Camie Bowling