JAMES R. WILLIAMS, County Counsel (S.B. #271253)
KIM H. HARA, Lead Deputy County Counsel (S.B. #258763)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240
kim.hara@cco.sccgov.org

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS, and BRYAN OLIVERI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | No. 18-CV-07239 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date:  February 11, 2022<br>Time:  3:00 pm<br>Dept:  Ctrm 7, 4th Floor<br>Judge:  Honorable Susan Illston |

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER pursuant to the Court's Order scheduling a Further Case Management Conference for February 11, 2022. (Dkt. No. 49.)

**1.    Status of Criminal Proceedings**

This action is currently stayed pending resolution of Plaintiff's related criminal proceedings. (Dkt. No. 17.) Plaintiff's criminal case is set for trial on February 7, 2022. Plaintiff has withdrawn her waiver of time and anticipates that the criminal trial will commence on this date, unless unforeseen circumstances prevent the case from proceeding.

**2.    Status of Representation**

Plaintiff is currently proceeding pro se in this matter. At the last Case Management

Conference on November 19, 2021, Plaintiff notified the Court that she had retained counsel and expected counsel to file a Notice of Appearance. However, due to medical reasons, her counsel will not be able to file a Notice of Appearance at this time. Plaintiff anticipates that her counsel will make an appearance in the case by February 11, 2022 unless medical reasons prevent counsel from doing so.

### 3.      Joint Request for Continuance of Stay

The parties jointly request that the Court continue the stay of this action for a short period of time pending Plaintiff's criminal proceedings. The parties propose that the Court set a further status hearing in approximately two months for April 15, 2022 at 3:00 p.m. and order the parties to submit a further joint status report by no later than April 8, 2022 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

Dated: January 31, 2022

*/s/ Susan Hazlett Bassi*
Pro Se Plaintiff

Dated: January 31, 2022

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

*/s/ Kim H. Hara*
KIM H. HARA
Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

I, KIM H. HARA, hereby certify that the content of this Joint Status Report and [Proposed] Order is acceptable to all parties required to sign this Joint Status Report. Plaintiff authorized me to affix her electronic signature to this Joint Status Report.

Dated: January 31, 2022

OFFICE OF THE COUNTY COUNSEL,
COUNTY OF SANTA CLARA

*/s/ Kim H. Hara*
KIM H. HARA
Attorneys for Defendants

## **ORDER**

The Court, having reviewed and considered the above Joint Case Management Statement, orders that this action shall continue to be stayed pending resolution of Plaintiff's related criminal proceedings. The Court schedules a status hearing in this case for April 15, 2022 at 3:00 p.m. The parties shall submit a joint status report to the Court no later than April 8, 2022 advising the Court of the status of the criminal proceedings and whether the action should continue to be stayed.

**IT IS SO ORDERED.**

Dated: _____

SUSAN ILLSTON
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>PROOF OF SERVICE BY MAIL</u>

*Bassi v. County of Santa Clara, et al.*                                                                                      18-CV-07239 SI

I, Camie Bowling, say:

I am now and at all times herein mentioned have been over the age of eighteen years, employed in Santa Clara County, California, and not a party to the within action or cause; that my business address is 70 West Hedding Street, East Wing, 9th Floor, San Jose, California 95110-1770. I am readily familiar with the County's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I served a copy of the **JOINT STATUS REPORT AND PROPOSED ORDER**

by placing said copy in an envelope addressed to:

Susan Hazlett Bassi
P.O. Box 2220
Los Gatos, California 95031

which envelope was then sealed, with postage fully prepaid thereon, on **January 31, 2022**, and placed for collection and mailing at my place of business following ordinary business practices. Said correspondence will be deposited with the United States Postal Service at San José, California, on the above-referenced date in the ordinary course of business; there is delivery service by United States mail at the place so addressed.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and that this declaration was executed on **January 31, 2022**, at San José, California.

*/s/ Camie Bowling*
Camie Bowling

2562776