JAMES R. WILLIAMS, County Counsel (S.B. #271253)
JOSÉ L. MARTINEZ, Deputy County Counsel (S.B. #318540)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding Street, East Wing, Ninth Floor
San José, California  95110-1770
Telephone: (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ,
LIZANDRO CARRASCO, PYHER AQUERANO,
JOHN SABLAN, JOSEPH LA JEUNESSE,
MICHAEL JACOBS and BRYAN OLIVERI


EDWARD M. LYMAN III (S.B. #248264)
THE COCHRAN FIRM CALIFORNIA
4929 Wilshire Blvd., Suite 1010
Los Angeles, California 90010
Telephone:  (323) 435-8205
Facsimile:  (323) 282-5280

Attorneys for Plaintiff
SUSAN BASSI

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No. 18-CV-07239 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   February 10, 2023<br>Time:  3:00 pm<br>Dept:   Via Zoom<br>Judge:  The Honorable Susan Illston |

The parties submit this Joint Case Management Statement pursuant to the Clerk's Civil Minutes setting a Further Case Management Conference for February 10, 2023. Dkt. No. 61.

## I. Status of Criminal Proceeding

This action is stayed pending resolution of Plaintiff's related criminal proceeding in the matter of *People v. Susan Bassi* (Santa Clara County Superior Court, Case No. C177801) ("Criminal Matter"). Dkt. No. 17.

On April 5, 2022, the Criminal Matter was ordered into diversion for six months and the trial date set in the Criminal Matter was vacated. At the time of the parties' November 4, 2022 case management conference, the diversion hearing was set for November 4, 2022. Dkt. No. 59 at 2. Plaintiff reports that the diversion hearing has since been continued to February 10, 2023.

## II. Status of Stay

The Court stayed the case pending resolution of Plaintiff's criminal proceedings on December 21, 2018, Dkt. No. 17, and has continued to keep the stay in place since then, Dkt. Nos. 35, 43, 49, 53, 57, 61.

At the previous case management conference, the Court ordered that the stay remain in place until this February 10, 2023 case management conference. Dkt. No. 61. The Court also stated that Plaintiff can file an amended complaint but that Defendants need not respond until the stay is lifted. *Id.* Plaintiff has not yet filed an amended complaint.

### A. *Plaintiff's Statement*

At this time, Plaintiff accepts that the stay of this action will likely remain in place. Plaintiff intends on amending the complaint once the stay is lifted. Plaintiff's counsel has not met and conferred with opposing counsel regarding the contents of the anticipated amended complaint because the amendments involve matters relating to issues involved in the pending criminal proceeding.

### B. *Defendants' Statement*

Defendants request that the Court continue the stay of this action until the Criminal Matter has been dismissed or otherwise resolved. The parties jointly requested a stay of this matter pending the outcome of the Criminal Matter, which has not been resolved but is instead suspended pending

1  Plaintiff's completion and compliance with the terms of diversion.  It remains to be seen whether
2  Plaintiff will successfully complete the terms of diversion and have the Criminal Matter dismissed,
3  or if she will be found to have violated the terms of diversion and proceed to trial.
4        If the Criminal Matter proceeds to trial and Plaintiff is convicted of California Penal Code §
5  148(a)(1) for resisting, delaying, or obstructing an officer in the performance of his duties—which
6  by implication means that the officer was lawfully performing his duties and not using unreasonable
7  or excessive force—most of Plaintiff's causes of action in this matter will be barred by *Heck v.*
8  *Humphrey*, 512 U.S. 477 (1994).  Defendants request that the Court continue the stay for this reason.
9  The County has preserved relevant documentary evidence for purposes of litigation.  There is no
10 spoliation of evidence and evidence preservation issues will not be affected if this case continues to
11 be stayed pending resolution of the Criminal Matter.

12 **III.    Case Schedule**

13       Should the Criminal Matter resolve, the parties have agreed to meet and confer and submit a
14 proposed case schedule.

15 Dated: February 1, 2023              THE COCHRAN FIRM CALIFORNIA

17                                  By:    */s/ Edward M. Lyman III*
18                                         EDWARD M. LYMAN III
                                           Attorneys for Plaintiff
19                                         SUSAN HAZLETT BASSI

21 Dated: February 1, 2023              JAMES R. WILLIAMS
                                         COUNTY COUNSEL

23                                  By:    */s/ José L. Martinez*
                                           JOSÉ L. MARTINEZ
24                                         Attorneys for Defendants
                                           COUNTY OF SANTA CLARA, DAVID
25                                         GOMEZ, JACK SOLORIO, LIZANDRO
                                           CARRASCO, PYHER VAQUERANO, JOHN
26                                         SABLAN, JOSEPH LA JEUNESSE,
27                                         MICHAEL JACOBS and BRYAN OLIVERI

28

1   I, JOSÉ L. MARTINEZ, am the ECF user whose ID and password are being used to file the
2   above Joint Case Management Statement.  In compliance with Civil Local Rule 5-1(i)(3), I hereby
3   attest that each listed counsel above has concurred in this filing.

Dated:  February 1, 2023          By:     */s/  José L. Martinez*
                                          JOSÉ L. MARTINEZ
                                          Deputy County Counsel

2773908

4