EDWARD M. LYMAN III (CABN 248264)
FAMILY LEGAL | A Professional Law Corporation
Email: ed@family.legal
PO Box 5189
Playa del Rey, CA 90293
Telephone: (310) 752-7770
Facsimile: (310) 752-7660

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(San Francisco Division)

| | |
|---|---|
| SUSAN HAZLETT BASSI,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>    Defendants. | No. 18-CV-07239 SI<br><br>**JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER**<br><br>Date: April 28, 2023<br>Time: 3:00 pm<br>Dept: Via Zoom<br>Judge: Honorable Susan Illston |

1

The parties to the above-entitled action jointly submit this JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER pursuant to the Clerk's Notice setting a Further Case Management Conference for April 28, 2023.  (Dkt. No. 66.)

**1.   Status of Criminal Proceedings**

This action is currently stayed pending resolution of Plaintiff's related criminal proceedings.  (Dkt. No. 17.)  Plaintiff reports that on February 24, 2023, the Superior Court for the County of Santa Clara, Case Number C1777801 was dismissed pursuant Cal. Penal Code §1001.95 because Plaintiff successfully completed diversion.

**2.   Joint Request to Discharge the Stay**

The parties jointly request that the Court (1) discharge the stay of this action; and (2) issue an order setting the initial case management conference and ADR deadlines.  Given counsel's schedule, the parties respectfully request that the Court set the initial case management conference for July 7, 2023 at 2:30 pm.

Dated:  April 19, 2023                FAMILY LEGAL, A Professional Law Corporation.

                                      _Ed_
                                      _____
                                      EDWARD M. LYMAN III
                                      Attorney for Plaintiff
                                      SUSAN HAZLETT BASSI

Dated:  April 19, 2023                OFFICE OF THE COUNTY COUNSEL,
                                      COUNTY OF SANTA CLARA

                                       /s/ José Martinez (as authorized)
                                      _____
                                      JOSÉ MARTINEZ
                                      Attorneys for Defendants
                                      COUNTY OF SANTA CLARA, DAVID GOMEZ, JACK SOLORIO, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS and BRYAN OLIVERI

I, Edward M. Lyman III, hereby certify that the content of this Joint Case Management Statement and [Proposed] Order is acceptable to all parties required to sign this statement.

<u>AUTHORIZATION TO ELECTRONICALLY SIGN</u>

Defendants' counsel authorized me to affix his electronic signature to this statement.

Dated:  April 19, 2023       FAMILY LEGAL, A Professional Law Corporation.

   /s/ Ed
   _____
   EDWARD M. LYMAN III
   Attorney for Plaintiff
   SUSAN HAZLETT BASSI