1  JAMES R. WILLIAMS, County Counsel (S.B. #271253)
   JOSÉ L. MARTINEZ, Deputy County Counsel (S.B. #318540)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding Street, East Wing, Ninth Floor
3  San José, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendants
   COUNTY OF SANTA CLARA, DAVID GOMEZ,
6  LIZANDRO CARRASCO, PYHER
   VAQUERANO, JOHN SABLAN, JOSEPH LA
7  JEUNESSE, MICHAEL JACOBS and BRYAN
   OLIVERI

8

9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                  (San Francisco Division)

11

12 | SUSAN HAZLETT BASSI,               | No. 18-CV-07239 SI
13 |         Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS'**
14 | v.                                 | **RESPONSIVE PLEADING DEADLINE**
15 | COUNTY OF SANTA CLARA, et al.,     |
16 |         Defendants.                |

# STIPULATION

On November 29, 2018, Plaintiff filed the operative complaint. Dkt. No. 1. On January 2, 2019, before Defendants filed a responsive pleading, the Court entered an order staying this action pending resolution of related criminal proceedings. Dkt. No. 17 at 4. The Court further ordered the parties to submit a request to vacate the stay in the event the criminal proceedings resolved. *Id.* at 2. Defendants would then have 21 days from the date of the Court's order vacating the stay to file a responsive pleading. *Id.*

On April 19, 2023, the parties notified the Court that the related criminal proceedings had resolved and that the criminal charges pending against Plaintiff had been dismissed, and jointly requested that the Court vacate the stay. Dkt. No. 68 at 2. That same day, the Court entered an order vacating the stay. Dkt. No. 69. Pursuant to the Court's January 2, 2019 order, Defendants' responsive pleading deadline is presently due on May 10, 2023. *See* Dkt. No. 17 at 2.

Plaintiff, however, has stated that she intends to file an amended complaint. The parties accordingly stipulate pursuant to Civil Local Rule 6-2 that: (1) Defendants need not respond to the complaint filed on November 29, 2018; and (2) Defendants shall have 60 days from the date Plaintiff serves the amended complaint on Defendants to file a responsive pleading.

Respectfully submitted,

Dated: May 4, 2023

JAMES R. WILLIAMS
COUNTY COUNSEL

By: */s/ José L. Martinez*
JOSÉ L. MARTINEZ
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA, DAVID GOMEZ, LIZANDRO CARRASCO, PYHER VAQUERANO, JOHN SABLAN, JOSEPH LA JEUNESSE, MICHAEL JACOBS AND BRYAN OLIVERI

Dated: May 4, 2023                                FAMILY LEGAL, A Professional Law
                                                  Corporation

                                              By: */s/ Edward M. Lyman III*
                                                  EDWARD M. LYMAN III

                                                  Attorney for Plaintiff
                                                  SUSAN HAZLETT BASSI

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories to this document.

Dated: May 4, 2023
                                                  */s/ José L. Martinez*
                                                  JOSÉ L. MARTINEZ
                                                  Deputy County Counsel

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and given Plaintiff's intent to file an amended complaint, Defendants need not respond to the operative complaint filed on November 29, 2018.  Defendants' responsive pleading deadline is extended to 60 days after the date of service of the amended complaint.

**IT IS SO ORDERED.**

Dated: _____            _____
                                                  HONORABLE SUSAN ILLSTON
                                                  UNITED STATES DISTRICT COURT JUDGE

2824764