UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN HAZLETT BASSI,

    Plaintiffs,

v.

COUNTY OF SANTA CLARA, et al.,

    Defendants.

Case No. 18-cv-07239-SI  (SI)

**PRETRIAL SCHEDULING ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  8/7/2023

LAST DAY TO RESPOND TO AMENDED COMPLAINT:  9/6/2023 (or 30 days after filing of amended complaint, whichever is earlier).

FURTHER CASE MANAGEMENT: 11/17/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 2/9/2024.

LAST DAY TO FILE NON-EXPERT DISCOVERY MOTIONS:  2/16/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 6/14/2024;
    Opp. Due: 6/28/2024; Reply Due: 7/8/2024;
    and set for hearing no later than 7/19/2024 at 10:00 AM.

DESIGNATION OF EXPERTS: 8/2/2024; REBUTTAL: 8/19/2024;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 9/13/2024.

PRETRIAL PAPERWORK DUE:  10/8/2024.

PRETRIAL CONFERENCE DATE: 10/22/2024 at 3:30 PM.

JURY TRIAL DATE: 11/4/2024 at 9:00 AM.
Courtroom 1, 17th floor.

TRIAL LENGTH is estimated TBD.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: July 10, 2023

_____
SUSAN ILLSTON
United States District Judge