Edward M. Lyman III (SBN 248264)
ed@family.legal
FAMILY LEGAL | A Professional Law Corporation
PO Box 5189
Playa del Rey, CA 90293
310-752-7770

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN HAZLETT BASSI | CASE NUMBER |
| | 18-CV-07239-SI |
| Plaintiff(s), | |
| v. | |
| COUNTY OF SANTA CLARA, et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety, without prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

_____ is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| | |
|---|---|
| 9/24/2023 | *Susan Bassi* Ed |
| | Susan Bassi (Sep 24, 2023 14:46 PDT) |
| *Date* | *Signature of Attorney/Party* |

*NOTE: **F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*   **F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*